**Fill in this information to identify your case:**

Debtor 1: Cathy Renee Knighten
  First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing)  First Name / Middle Name / Last Name

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case Number _____
(If known)

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed

_____
_____

Official Form 113
# Chapter 13 Plan

12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. *Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

| | | Included | Not Included |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ■ |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4 | ☐ | ■ |
| 1.3 | Nonstandard provisions, set out in Part 8 | ■ | ☐ |

## Part 2: Plan Payments and Length of Plan

**2.1 Debtors(s) will make regular payments to the trustee as follows:**

$ __650.00__ per _month_ for __36__ months
Insert additional lines if necessary.

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

Debtor 1  Cathy  Renee  Knighten  Case Number *(if known)* _____
        *First Name*    *Middle Name*    *Last Name*

**2.2 Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply.*

☒ Debtor(s) will make payments pursuant to a payroll deduction order.
☐ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment):_____.

**2.3 Income tax refunds**

*Check one.*

☐ Debtor(s) will retain any income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

☒ Debtor(s) will treat income tax refunds as follows:

<u>Debtor(s) shall submit a copy of their Federal Income tax return to the Trustee each year, beginning with the tax return for the year in which this was filed, no later than April 20th. The Debtors shall tender to the Trustee the amount of any tax refund in excess of $1,200 each year, beginning the year after the plan is confirmed, within 7 days of receipt of the tax refund. Refunds must be received by the Trustee by June 30th of each year.</u>

**2.4 Additional payments.**

*Check one.*

☒ **None.** If "None" is checked, the rest of § 2.4 need not be completed or reproduced.

**2.5 The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $ _____23,400.00_____.**

| **Part 3:** | **Treatment of Secured Claims** |

**3.1 Maintenance of payments and cure of default, if any.**

*Check one.*

☒ **None.** If "None" is checked, the rest of § 3.1 need not be completed or reproduced.

**3.2 Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*

☒ None. If "None" is checked, the rest of § 3.2 need not be completed or reproduced.

**3.3 Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐ None. If "None" is checked, the rest of § 3.3 need not be completed or reproduced.

☒ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of Creditor | Collateral | Amount of claim | Interest rate | Monthly plan payment | Estimated total payments by trustee |
|---|---|---|---|---|---|
| Foursight Capital LLC | 2017 Kia Forte with over 2,500 miles | $ 18,669.00 | 7.50 % | $ 396.14 | $ 22,443.82 |
| | | | | Disbursed by: ☒ Trustee ☐ Debtor(s) | |

**3.4 Lien avoidance.**

*Check one.*

☒ **None.** If "None" is checked, the rest of § 3.4 need not be completed or reproduced.

| Debtor 1 | Cathy | Renee | Knighten | Case Number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**3.5 Surrender of collateral.**

*Check one.*

■ **None.** If "None" is checked, the rest of § 3.5 need not be completed or reproduced.

| Part 4: | Treatment of Fees and Priority Claims |
|---|---|

**4.1 General**

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**

Trustee's fees are governed by statute and may change during the course of the case but are estimated to be __5.40__ % of plan payments; and during the plan term, they are estimated to total $__1,263.60__.

**4.3 Attorney's fees**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $____4,000.00__.

**4.4 Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

☐ **None.** If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

■ The debtor(s) estimate the total amount of other priority claims to be __$9,715.00__.

**4.5 Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*

■ **None.** If "None" is checked, the rest of § 4.5 need not be completed or reproduced.

| Part 5: | Treatment of Nonpriority Unsecured Claims |
|---|---|

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☐ The sum of $_____.

■ __3__ % of the total amount of these claims, an estimated payment of $__921.96__.

■ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $__0.00__. Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2 Maintenance of payments and cure of any default on nonpriority unsecured claims.** Check one.

■ None. If "None" is checked, the rest of § 5.2 need not be completed or reproduced.

**5.3 Other separately classified nonpriority unsecured claims.** *Check one.*

■ None. If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

| Part 6: | Executory Contracts and Unexpired Leases |
|---|---|

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

■ None. If "None" is checked, the rest of § 6.1 need not be completed or reproduced.

Debtor 1   Cathy (First Name)   Renee (Middle Name)   Knighten (Last Name)   Case Number (if known) _____

| Part 7: | Vesting of Property of the Estate |

**7.1 Property of the estate will vest in the debtor(s) upon**

*Check the applicable box:*

☐ plan confirmation.
■ entry of discharge.
☐ other: _____.

| Part 8: | Nonstandard Plan Provisions |

**8.1 Check "None" or List Nonstandard Plan Provisions**

☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

***The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.***

<u>Trustee will be the disbursing agent for pre-confirmation adequate protection payments of $186.69 to Foursight Capital LLC.</u>

| Part 9: | Signature(s): |

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**

*If the Debtor(s) do not have an attorney, the Debtor(s) must sign below; otherwise the Debtor(s) signatures are optional. The attorney for the Debtor(s), if must sign below.*

✗ **/s/ Cathy Renee Knighten**
   **Cathy Renee Knighten**

Date: 03/11/2019

✗ **/s/ Ashley Nkeiru Chike**         Date:  03/11/2019
Signature of Attorney for Debtor

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

Debtor 1   Cathy   Renee   Knighten   Case Number *(if known)* _____
　　　　　*First Name*　　*Middle Name*　　*Last Name*

# Exhibit: Total Amount of Estimated Trustee Payments

*The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.*

| | | |
|---|---|---:|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | $ 0.00 |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | $ 0.00 |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | $ 22,443.82 |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | $ 0.00 |
| e. | **Fees and priority claims** *(Part 4 total)* | $ 14,978.60 |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | $ 921.96 |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | $ 0.00 |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | $ 0.00 |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | $ 0.00 |
| j. | **Nonstandard payments** *(Part 8, total)* | $ 0.00 |
| | **Total of lines a through j** | $ 38,344.38 |

United States Bankruptcy Court
Northern District of Illinois

In re:  
Cathy Renee Knighten  
    Debtor

Case No. 19-06650-JPC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: ccabrales     Page 1 of 2     Date Rcvd: Mar 12, 2019  
                      Form ID: pdf001    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.
```
db             +Cathy Renee Knighten,    8730 S Wood,    Chicago, IL 60620-4817
27629079        CELTIC BANK/Contfinco,    Attn: Bankruptcy Dept.,    4450 New Linden Hill Rd,
                 Wilmington,DE 19808
27629091       ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
                 (address filed with court: Creditors Bankruptcy Service,    Bankruptcy Dept.,    PO Box 800849,
                 Dallas,TX 75374)
27629083       +City of Chicago Bureau Parking,    Bankruptcy Dept/City Clerk,    121 N. LaSalle St,    Room 107,
                 Chicago,IL 60602-1242
27629100       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: Direct Tv,    PO Box 9001069,    Louisville,KY 40290)
27629082       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
27629081       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
27629077       +First Premier BANK,    Attn: Bankruptcy Dept.,    601 S Minnesota Ave,
                 Sioux Falls,SD 57104-4868
27629101       +First Premier Bank,    Bankruptcy Department,    PO Box 5524,    Sioux Falls,SD 57117-5524
27629085        Foursight Capital LLC,    Bankruptcy Dept,    Dept #2026 PO Box 29675,    Phoenix,AZ 85038
27629099       +Franciscan Alliance,    Bankruptcy Dept,    28044 Network Place,    Chicago,IL 60673-1280
27629096       +Miller & Steeno,    11970 Borman Drive Suite 250,    Saint Louis,MO 63146-4153
27629105       +Robert J. Semrad,    Bankruptcy Department,    20 S. Clark St., 28th floor,
                 Chicago,IL 60603-1811
27629080       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19016-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
27629097        E-mail/Text: DocumentFiling@lciinc.com Mar 13 2019 02:17:04     Antero Capital LLC,
                 PO Box 1931,    Burlingame,CA 94011
27629084       +E-mail/Text: Harris@ebn.phinsolutions.com Mar 13 2019 02:21:27     Arnold Scott Harris PC,
                 Bankruptcy Dept.,    111 W Jackson Blvd Ste 600,    Chicago,IL 60604-3517
27629098       +E-mail/Text: slopez@barrmgmt.com Mar 13 2019 02:20:49     Broadway Financial,    3755 N Halsted,
                 Chicago,IL 60613-3906
27629089       +E-mail/Text: cio.bncmail@irs.gov Mar 13 2019 02:17:48     IRS Non-Priority,    Bankruptcy Dept.,
                 PO Box 7346,    Philadelphia,PA 19101-7346
27629088       +E-mail/Text: rev.bankruptcy@illinois.gov Mar 13 2019 02:18:58
                 Illinois Department of Revenue,    Bankruptcy Department,    PO Box 64338,
                 Chicago,IL 60664-0291
27629086        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 13 2019 02:19:44     Jefferson Capital Systems LLC,
                 Bankruptcy Department,    PO Box 7999,    Saint Cloud,MN 56302
27629090       +E-mail/Text: bankruptcy@sccompanies.com Mar 13 2019 02:16:58     K. Jordan,
                 Bankruptcy Department,    PO Box 8945,    Madison,WI 53708-8945
27629093       +E-mail/Text: bankruptcy@sccompanies.com Mar 13 2019 02:16:58     Masseys,
                 Attn: Bankruptcy Department,    1251 1st Ave,    Chippewa Falls,WI 54729-1677
27629103       +E-mail/Text: bankruptcy@sccompanies.com Mar 13 2019 02:21:35     Seventh Avenue,
                 C/o Creditors Bankruptcy Service,    PO Box 800849,    Dallas,TX 75380-0849
27629092       +E-mail/Text: bankruptcy@sccompanies.com Mar 13 2019 02:16:58     Stoneberry,
                 C/o Creditors Bankruptcy Service,    PO Box 800849,    Dallas,TX 75380-0849
27629095       +E-mail/Text: ecf@carrusllc.com Mar 13 2019 02:21:41     Total Loan Company,
                 C/o Carrus Portfolio Services,    25 Highland Park Village #100-199,    Dallas,TX 75205-2789
27629104       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 13 2019 02:20:38     Webbank/Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud,MN 56303-0820
27629078       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 13 2019 02:20:38     Webbank/Fingerhut,
                 Attn: Bankruptcy Dept.,    6250 Ridgewood Rd,    Saint Cloud,MN 56303-0820
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27629094*      ++CREDITORS BANKRUPTCY SERVICE,    PO BOX 800849,    DALLAS TX 75380-0849
                 (address filed with court: Creditors Bankruptcy Service,    Bankruptcy Dept.,    PO Box 800849,
                 Dallas,TX 75380)
27629087*      +IRS Priority Debt,    Bankruptcy Dept.,    PO Box 7346,    Philadelphia,PA 19101-7346
27629102*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    Bankruptcy Dept.,    PO Box 7999,
                 Saint Cloud,MN 56302)
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: ccabrales             Page 2 of 2                  Date Rcvd: Mar 12, 2019
                              Form ID: pdf001             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              Ashley  Chike    on behalf of Debtor 1 Cathy Renee Knighten ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                 TOTAL: 2
```